# Law Offices of
# Albert Adam Breud, P.L.L.C.

356 Veterans Memorial Highway
Suite 3
Commack, New York 11725

Managing Member
Albert Adam Breud, II

Telephone: (631) 543-3030
Facsimile: (631) 543-2888
Breudlaw@optonline.net

Of Counsel
Jonathan Edward Kirchner
Jean M. D'Alessandro

**Via Facsimile Transmission**
(212) 805-7986

February 9, 2011

Hon. Paul G. Gardephe
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_[signature]_
Paul G. Gardephe, U.S.D.J.
Dated: Feb-9 2011

Re: Wilson, et al. v. Pasquale's Da Marino's, Inc., et al.
    Case No. 10-CV-2709 (PGG)(JCF)

Dear Judge Gardephe:

I am former counsel to Defendants in this matter and respectfully submit this correspondence to request two weeks, until February 23, 2011, to submit a reply to Defendants opposition to the motion for a retaining lien in regard to the above-referenced matter.

On February 7, 2011 my firm was retained by a *Pro Se* litigant in the matter of McMahan v. McMahan, Index No.: 399/2005, pending in the New York State Supreme Court, County of Westchester, Hon. Robert A. Neary, Presiding. Upon my appearance in Court on that matter yesterday, Justice Neary would not adjourn the hearing which continued throughout the day. The matter is scheduled to resume tomorrow and Justice Neary has indicated that he intends to continue the hearing throughout next week. Today, my client's former counsel provided me with 19 bankers boxes of files accumulated over the past five plus years of litigation which I must begin to review to prepare for resumption of the hearing tomorrow.

While in Westchester yesterday, Defendants' current counsel in this matter served my office with Defendants' opposition to the motion for a retaining lien. Although I have had an opportunity to review the opposition, it is apparent that I will require more time to prepare a proper reply to same.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/11

As such, I respectfully request two weeks, until February 23, 2011, to submit a reply to Defendants' opposition to the motion for a retaining lien.

Respectfully submitted,

Albert Adam Breud, II
AAB/idi

cc:   Robert S. Popescu, Esq *(Via Facsimile Transmission* (212) 766-2298*)*
      *Attorney for Defendants*