USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/13

## CAVANAGH & ASSOCIATES, P.C.
*Attorneys and Counselors at Law*

Glenn L. Cavanagh
Michael J. Cennimo

**New Jersey Office:**
37 Elm Sreet, Suite 11A
Westfield, NJ 07090
Tel: 732-882-1333 Fax: 732-882-1007

Of Counsel Chris Canada*
*Member of NJ & PA Bar
** Member of NJ & NY Bar

Email:Cavanaghandassociates@lawyer.com

**S.A. Office:**
Calle 143 #26-02, Torre C Suite 902
*Condado Campestre*
Bucaramanga, Colombia, S.A.

REPLY TO NJ OFFICE

**MEMO ENDORSED**

Counsel is directed to release his files to his former clients.

**SO ORDERED:**

/s/ Paul G. Gardephe

**Paul G. Gardephe, U.S.D.J.**

Dated: April 11, 2013

April 9, 2013

Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Via mail and fax: (212) 805-7986

Re:   WILSON; ET AL. v. PASQUALE'S DAMARINO'S, INC.; ET AL.
      SDNY Docket No.: 10-CV-2709 (PGG)(JCF)

Dear Judge Gardephe,

Attorney Andrew C. Risoli has requested that this firm release Mr. Marino's file to him. However, based upon my reading of Your Honor's recent opinion and order, Mr. Risoli has never been appointed as defense attorney in this matter. Accordingly, while I would of course release the file to the defendants directly, I am unable to release it to Mr. Risoli without further instruction from the Court.

Please contact this office should you have any questions or comments. Thank you for your anticipated cooperation and courtesies herein, I remain . . .

Respectfully,

Cavanagh & Associates, P.C.

BY: __/s/_____
Glenn L. Cavanagh, Esq.

Cc. Andrew C. Risoli, Esq.
Via fax: (914) 793-9532