| | |
|---|---|
| **ROBERT WISNIEWSKI P.C.**<br>ATTORNEYS-AT-LAW | 225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007<br>TEL: (212) 267-2101 • FAX: (212) 587-8115<br>WEBSITE: www.rwapc.com |

December 1, 2017

Hon. MJ Robert W. Lehrburger
United States Magistrate District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
    *VIA ECF*

           **Re: Wilson et. al. v. Pasquale DaMarino et. al.**
              **Docket No.: 10-cv-2709(PGG)(JCF)**

Dear Judge Lehrburger,

      I represent Plaintiffs in this matter. For the reasons that follow, I respectfully request that Your Honor schedule a status conference on January 19, 2018 or on any date thereafter agreeable to the Court.

      By way of brief background, Defendants Pasquale Marino and Izabela Marino filed for bankruptcy in 2014 and the bankruptcy court imposed an automatic stay. *Bankruptcy Petition # 14-46426-ess*. Plaintiffs' filed a motion to lift the Automatic Stay on April 22, 2015. Judge Elizabeth Strong granted Plaintiff' motion on September 9, 2016. *See* Order, attached hereto as **Exhibit 1**.

      In light of Judge Strong's order, Plaintiffs would like to hold a status conference and proceed with the instant case. Plaintiffs have been advised that Defendant Pasquale Marino has died. It appears that other defendants and third parties continue to operate DaMarino Restaurant as successors in interest.

      Accordingly, I respectfully request that Your Honor schedule a status conference on January 19, 2018 or on any date thereafter agreeable to the Court.

      Thank you for your attention to the foregoing.

                                                          Sincerely,
                                                           --------------/s/-------
                                                           Robert Wisniewski

cc: DJ Paul G. Gardephe, via ECF
    All Defendants, via ECF