Evan J. Spelfogel
espelfogel@ebglaw.com
Christopher M. Farella
cfarella@ebglaw.com
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
P. (212) 351-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GENESIS WILSON, ALIAKSANDRA KULESH,       :
NATALIA ZEMTSOVA, YULIYA SYNYUK, TATIANA  :
LISOVSKAYA MOHAMMED MOIN UDDIN , KSENIA   :
ARTATES, SANTIAGO ORTIZ, ABDOULAYE        :
NDIAYE, and ABIGAIL HENNESY.              :   Case No. 10-cv-2709 (PGG) (RWL)
                                          :
                      Plaintiffs,         :   **NOTICE OF MOTION TO STAY**
              - against -                 :   **FILING OF ANSWER TO SIXTH**
                                          :   **AMENDED COMPLAINT**
PASQUALE'S DAMARINO'S, INC., IZABELA      :
MARINO, PETER ROSSIGNUOLO, a/k/a PETER    :
ROSSI, CRAIG PERRI, GIANCARLO             :
MONTESARCHIO, SALVATORE ABBATE, FRED      :
MARINO, 220 WEST RESTAURANT CORP., JOSEPH :
PARINO a/k/a/ GIUSEPPE MARINO, KAVITA S.
JAGNARINE a/k/a/ KAY JAGNARINE, PITATTI
ITALIANI LLC, and FRATELLI ITALIANI LLC

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Epstein Becker & Green, P.C.'s ("EBG") Motion to Stay the Filing of an Answer to

the Sixth Amended Complaint for Defendants Pasquale's DaMarino's Inc., Fred Marino, 220

West Restaurant Corporation, Izabela Marino, Peter Rossignuolo, Giancarlo Montesarchio and

Salvatore Abbate (collectively "Defendants"), EBG, will move this Court, before the Honorable

Paul G. Gardephe, at the United States Courthouse for the Southern District of New York,

Thurgood Marshall U.S. Court House, 40 Foley Square, New York, New York, for an order granting its motion to stay the filing of an Answer to the Sixth Amended Complaint on behalf of Defendants and awarding such other relief that the Court deems proper.

**EPSTEIN BECKER & GREEN, P.C.**

Dated: March 19 2018

By:   s/Evan J. Spelfogel
      Evan J. Spelfogel
**250 Park Avenue**
**New York, New York  10177**
**(212) 351-4500**
**espelfogel@ebglaw.com**

To:   220 West Restaurant Corp.
      c/o Da Marino Restaurant
      220 West 49th Street
      New York NY 10019

      Salvatore Abbate
      6807 Abbot Avenue
      Apt. 10
      Miami Beach, FL 33141

      Izabela Marino
      6774 Groton Street
      Forest Hills, NY 11375

      Fred Marino
      22 Rech Avenue
      Oreland, PA 19075

      Peter Rossignuolo
      74 Church Street
      New Rochelle, NY 10805

      Robert Wisniewski
      Robert Wisniewski & Associates P.C.
      225 Broadway, Suite 1020
      New York, NY 10007
      212-267-2101
      *Attorney for Plaintiffs*

      Craig Perri
      28 Turkey Trail
      Mahopac, NY 10541