# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

March 22, 2018

Hon. Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
    *VIA ECF*

                    **Re: Wilson et. al. v. Pasquale DaMarino et. al.**
                     **Docket No.: 10-cv-2709(PGG)(RWL)**

Dear Judge Lehrburger,

      I represent Plaintiffs in this matter. I write respectfully in response to the Court's text entry dated March 16, 2018, which indicates that several documents sent to Defendant Craig Perri were returned as undeliverable. For the reason discussed below, Plaintiffs respectfully reiterate that 220 West 49th Street, New York, NY 10019 is an accurate address for Defendant Perri.

      The Court has attempted to serve Defendant Perri with several electronically filed documents at Da Marino Ristorante Italiano, which he owns and manages. On March 18, 2018, those documents were returned to the Court for the following reason(s): Unable to forward-Not at this address. Simply put, Defendant is trying to avoid this action by any means. Defendant's facebook page depicts Defendant working in the restaurant. Moreover, on February 23, 2018, Plaintiffs successfully served Defendant with docket entries 172-252 at the same address. The Affidavit of Service was filed on March 13, 2018. *Docket No. 275*. Plaintiffs' Fed Ex receipt indicates that the documents were delivered. *See*, Plaintiffs' Fed Ex receipt attached as **Exhibit 1**. Thus, any undeliverable mail from Da Marino Restaurant is an attempt by Perri to avoid this litigation.

      Accordingly, Plaintiffs respectfully reiterate that Da Marino Ristorante Italiano located at 220 West 49th Street, New York, NY 10019 is an accurate address for the delivery of documents to Defendant Craig Perri.

      Thank you for your attention to the foregoing.

                                                                       Sincerely,
                                                                       */s/Robert Wisniewski*
                                                                       Robert Wisniewski

cc
      Evan J. Spelfogel, Esq.
      *Counsel for Defendants*