

Attorneys at Law

Christopher M. Farella
t  973.639.8541
f  973.639.8739
CFarella@ebglaw.com

May 18, 2018

<u>VIA ECF</u>

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

      Re:    *Wilson et al. v. Pasquale's Damarino, Inc. et al.*
              Civil Action No.:  1:10-cv-02709 (PGG) (RWL)

Dear Judge Lehrburger:

      As Your Honor is aware, this firm represents Defendants Pasquale DaMarino's, Inc., 220 West Restaurant Corporation, Fred Marino, Izabela Marino, Peter Rossignuolo, Giancarlo Montesarchio and Salvatore Abbate (collectively "Defendants") in the above matter.

      District Court Judge Gardephe has neither ruled on Epstein Becker & Green, P.C.'s motion to withdraw nor has called the parties in for oral argument on the matter.  Given that the conditions prompting Your Honor's present stay remain the same, we respectfully request that the stay be extended another 30 days.  We have conferred with plaintiffs' counsel and he consents to this request.

      Thank you for Your Honor's consideration of this request.  We remain available to for any questions Your Honor may have regarding the above.

                                        Respectfully submitted,

                                        <u>/s Evan Spelfogel</u>

                                        <u>/s Christopher M. Farella</u>

cc:    Robert Wisniewski, Esq. (via ECF)