UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS WILSON, ALIAKSANDRA KULESH, NATALIA ZEMTSOVA, YULIYA SYNYUK, TATIANA LISOVSKAYA, MOHAMMED MOIN UDDIN, on behalf of themselves and on behalf of all others similarly situated, and KSENIA ARTATES, ABDOULAYE NDIAYE, SANTIAGO ORTIZ, and ABIGAIL HENNESSY,<br><br>      Plaintiffs,<br><br> - against –<br><br>PASQUALE'S DAMARINO'S, INC., IZABELA MARINO, PETER ROSSIGNUOLO a/k/a PETER ROSSI, CRAIG PERRI, GIANCARLO MONTESARCHIO, SALVATORE ABBATE, FRED MARINO, 220 WEST RESTAURANT CORP., JOSEPH MARINO a/d/a/ GIUSEPPE MARINO, KAvir A S. JAGNARINE a/k/a/ KAY JAGNARINE, PIATTI ITALIANI LLC, FRATELLI ITALIANI LLC,<br><br>      Defendants. | **Case No.** 10 Civ. 2709 (PGG) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record

PLEASE TAKE NOTICE that Evan J. Spelfogel is no longer associated with Epstein Becker & Green, P.C. and should be removed from the Court's service list with respect to this action.

1380311.1

Epstein, Becker & Green, P.C., continues to serve as counsel for Defendants 220 West Restaurant Corp., Salvatore Abbate, Izabela Marino, Pasquale Marino, Giancarlo Montesarchio, Pasquale's Damarino's, Inc., Peter Rossignuolo and all future correspondence and papers in this action should continue to be directed to them.

Dated: October 2, 2018

        Respectfully submitted,

        s/ Evan J. Spelfogel, Esq.
        Evan J. Spelfogel, Esq.

        PHILLIPS NIZER LLP
        485 Lexington Avenue, 14th Floor
        New York, New York 10017
        (212) 971-9700
        espelfogel@phillipsnizer.com

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Oct. 17, 2018