EPSTEIN
BECKER
GREEN

Attorneys at Law

Christopher M. Farella
t 973.639.8541
f 973.639.8739
CFarella@ebglaw.com

February 5, 2019

MEMO ENDORSED

The Application is granted. The conference is
SO ORDERED:                  adjourned to
*/s/ Paul G. Gardephe*       May 23, 2019
Paul G. Gardephe, U.S.D.J.   at 11:00 A.M.
Dated: Feb 6, 2019

VIA ECF
Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, New York 10007

Re:   *Wilson et al. v. Pasquale's Damarino, Inc. et al.*
      Civil Action No.: 1:10-cv-02709 (PGG) (RWL)

Dear Judge Gardephe:

Counsel for the parties respectfully request that the pre-trial conference set for February 7, 2019 at 11:15 a.m. before Your Honor be re-scheduled to May 20, 2019 or at a date convenient for the Court.

By way of background, on January 4, 2019, Plaintiff's counsel submitted a request to Your Honor to extend the discovery end date on this matter and reschedule the above referenced pre-trial conference. (ECF #351). By Order dated January 7, 2019, Magistrate Judge Robert W. Lehrburger granted the parties' request and advised counsel to contact Your Honor's court deputy to reschedule the pre-trial conference. (ECF #352). As per my office's teleconference with Your Honor's chambers on today's date, we were advised to renew this request with Your Honor as the parties are in the discovery process.

Thank you for the anticipated attention to this matter.

Respectfully submitted,

/s Christopher M. Farella

cc:   Robert Wisniewski, Esq. (via ECF)
      Keith J. Frank, Esq. (via ECF)