# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

40 WALL STREET, SUITE 2833• NEW YORK, NY 10005
TEL: (212) 267-2101 • FAX: (646) 512-5604
WEBSITE: www.rwapc.com

June 1, 2020

Hon. Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007-1312
    *VIA ECF*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020
```

Re:   Wilson et. al. v. Pasquale DaMarino et. al.
      SDNY Docket No.: 10-cv-2709(PGG)(RWL)

Dear Judge Lehrburger,

    I represent Plaintiffs in the above-captioned matter. I write with all Defendants' consent to request yet another extension of time to file a motion for the *Cheeks* review by Tuesday, July 7, 2020. This is a third request of this sort. There is no prejudice to any party.

    By way of status report, we advise you that over a month ago, the parties submitted a consent to Your jurisdiction in paper form to the Orders and Judgments clerk, as per the Court rules. We do not see it entered on the Docket yet.

    As regards the parties' efforts to execute the settlement agreement, there has been progress but we need more time. Defendants did not relent on their request that each Plaintiff sign a settlement agreement. Unfortunately the current situation makes it extremely difficult for Plaintiffs to notarize their signatures. A number of Plaintiffs are mothers who have difficulty leaving their children to look for a notary in their neighborhood. Other Plaintiffs whose recovery under the settlement is very small advise that they wish to wait until the lockdown is lifted so that it will be easier for them to notarize the documents.

    I have advised opposing counsel of these difficulties and they readily agreed to the proposed extension. We all believe, based on the media reports, that there will be some ability for people to leave their homes before the end of June. Hence the request for an extension of time to file the *Cheeks* motion until a day after the July 4 holiday, that is Tuesday, July 7, 2020.

    Thank you for your attention to the foregoing.

Respectfully submitted,

*/s/Robert Wisniewski*
Robert Wisniewski

SO ORDERED:
6/1/2020
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE