# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

40 WALL STREET, SUITE 2833• NEW YORK, NY 10005
TEL: (212) 267-2101 • FAX: (646) 512-5604
WEBSITE: www.rwapc.com

August 14, 2020

Hon. Paul G. Gardephe, USDJ
Hon. Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
    *VIA ECF*

    Re:    <u>Wilson et. al. v. Pasquale DaMarino et. al.
             SDNY Docket No.: 10-cv-2709(PGG)(RWL)</u>

Dear Judge Gardephe and Judge Lehrburger,

    I represent Plaintiffs in the above-referenced matter. I write to advise both of the following:

(1)    the parties have filed a copy of the Consent to Magistrate Lehrburger's jurisdiction (the "<u>Consent</u>") on ECF (*See*, Doc. No. 436) ; and

(2)    the partied have fedexed to the Clerk of the Court a letter, explaining the reasons why the Consent is fully executed. <u>See</u> **Exhibit 1**.

Thank you for your attention to the foregoing.

                            Respectfully submitted,

                            <u>*/s/Robert Wisniewski*</u>
                            Robert Wisniewski

cc:    via ECF

    Keith J. Frank, Esq.
    *Counsel for the Fratelli Defendants*

    Christopher Farella, Esq.
    *Counsel for Defendants Rossignuolo and Montesarchio*