UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS WILSON, ALIAKSANDRA KULESH, NATALIA ZEMTSOVA, YULIYA SYNYUK, TATIANA LISOVSKAYA, MOHAMMED MOIN UDDIN, KSENIA ARTATES, ABDOULAYE NDIAYE, SANTIAGO ORTIZ, and ABIGAIL HENNESSY, on behalf of themselves and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>- against -<br><br>IZABELA MARINO, PETER ROSSIGNUOLO a/k/a PETER ROSSI, CRAIG PERRI, GIANCARLO MONTESARCHIO, and FRATELLI ITALIANI LLC,<br><br>      Defendants. | **ORDER**<br><br>10 Civ. 2709 (PGG) (RWL) |

PAUL G. GARDEPHE, U.S.D.J.:

    The parties' August 14, 2020 joint letter and proposed consent order (Dkt. Nos. 436, 437) raises the following issues:

1. The names of several parties are misspelled.  Moreover, Plaintiff Ksenia Artrates is a signatory to the proposed consent order but is not mentioned in the parties' joint letter as an active party.  Defendant Giancarlo Montesarchio is mentioned in the parties' letter as an active party but is not a signatory to the proposed consent order.  Defendant Kavita S. Jagnarine is a signatory to the proposed consent order even though the claims against her were dismissed on September 23, 2019.  (Dkt. No. 413)

2. Defendant Izabela Marino has obtained an order of discharge from the Bankruptcy Court for the Eastern District of New York but she remains a party to this case. (Dkt. No. 437, Ex. 3)

3. On December 11, 2019, the Court granted Plaintiffs' counsel's request to withdraw as counsel to Plaintiffs Tatiana Lisovskaya and Santiago Ortiz. (Dkt. No. 423.) Since then, Plaintiffs Lisovskaya and Ortiz have proceeded pro se, but there is no evidence that they have prosecuted their claims in any way.

By **August 24, 2020** the parties will submit a joint letter setting forth how these issues will be addressed in the context of the proposed consent order.

Dated: New York, New York
       August 17, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge