UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS WILSON, ALIAKSANDRA KULESH, NATALIA ZEMTSOVA, YULIYA SYNYUK, TATIANA LISOVSKAYA, MOHAMMED MOIN UDDIN, KSENIA ARTATES, ABDOULAYE NDIAYE, SANTIAGO ORTIZ, and ABIGAIL HENNESSY, on behalf of themselves and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>- against -<br><br>IZABELA MARINO, PETER ROSSIGNUOLO a/k/a PETER ROSSI, CRAIG PERRI, GIANCARLO MONTESARCHIO, and FRATELLI ITALIANI LLC,<br><br>      Defendants. | **ORDER**<br><br>10 Civ. 2709 (PGG) (RWL) |

PAUL G. GARDEPHE, U.S.D.J.:

    On July 16, 2019, Plaintiffs' counsel Robert Wisniewski moved to withdraw as counsel for Plaintiffs Tatiana Lisovskaya and Santiago Ortiz. (Dkt. No. 391) Wisniewski's application was based on Lisovskaya and Ortiz's failure to maintain communication with him. As to Lisovskaya, Wisniewksi stated that she had "previously expressed to me a desire to withdraw [as a plaintiff in the case]," but then stopped responding to his communications about this issue. (Id.) As to Ortiz, Wisniewksi stated that he had not provided necessary information to pursue his claims, and had not responded to Wisniewski's communications about the case. (Id.) On December 11, 2019, Magistrate Judge Robert W. Lehrburger granted Wisniewski's motion to withdraw. (Dkt. No. 423) Neither Ortiz nor Lisovskaya has appeared in the case since that time.

Accordingly, by **September 15, 2020**, Ortiz and Lisovskaya will show cause as to why their claims in this action should not be dismissed for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).  If Ortiz and Lisovskaya do not comply with this order, their claims will be dismissed for failure to prosecute.

Plaintiff's counsel is directed to serve a copy of this order on Ortiz and Lisovskaya at their last known addresses by overnight mail no later than **September 3, 2020**, and to file an affidavit of service on the docket thereafter.

Dated: New York, New York
       September 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge