```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GENESIS WILSON, et al.,

                Plaintiffs,

       - against -

PASQUALE'S DAMARINO'S, INC., et al.

                Defendants.
---------------------------------------------------------------X

10-CV-2709 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiffs having notified the Court that they do not intend to proceed with an inquest on damages for defaulting defendants (Dkt. 448), the Clerk of Court is directed to close this case.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: February 1, 2021
         New York, New York

Copies transmitted this date to all counsel of record.